**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - CINCINNATI**

| | | |
|---|---|---|
| GURMEJ SINGH, | : | Case No. 1:26-cv-677 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court sua sponte. Plaintiff Gurmej Singh filed this action on July 10, 2026. (Compl., Doc. 1.) Plaintiff filed an Affidavit of Service (Doc. 6) on August 25, 2026. The Affidavit indicates that Defendants were served by standard mail. (Affidavit, Doc. 6, Pg. ID 33–36.) However, this method of service is improper, as it does not comply with the certified mail requirements of Federal Rule of Civil Procedure 4(i) and Local Rule 4.2.

Proper service of process is required for this Court to obtain personal jurisdiction over a defendant. *OJ Distrib., Inc. v. Hornell Brewing Co., Inc.*, 340 F.3d 345, 353 (6th Cir. 2003). "Plaintiff bears the burden of exercising due diligence in perfecting service of process and in showing that proper service has been made." *Beyoglides v. Montgomery Cty. Sheriff*, 166 F. Supp. 3d 915, 917 (S.D. Ohio 2016) (citations omitted).

Federal Rule of Civil Procedure 4(m) provides, in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court-on motion or on its own after notice to the plaintiff-must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, Plaintiff is hereby **NOTIFIED** that the Court proposes to dismiss the Complaint (Doc. 1) without prejudice. Plaintiff is **ORDERED** to show cause, in writing, within 14 days why the Complaint (Doc. 1) should not be dismissed for failure of service. The Court also notes that Plaintiff's ex parte Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 3) has not been served on Defendants, and that the Motion fails to comply with the notice and verification requirements of Federal Rule of Civil Procedure 65(a)(1) and (b)(1). Plaintiff's ex parte Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 3) is therefore **DENIED WITHOUT PREJUDICE**. *See Wilson v. State*, No. 1:21-CV-913, 2021 U.S. Dist. LEXIS 249574, at *1-3 (W.D. Mich. Oct. 29, 2021); *Luna v. Mullin*, No. 1:26-CV-884, 2026 U.S. Dist. LEXIS 201109, at *1-3 (S.D. Ohio Sep. 3, 2026).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ______________________________
JUDGE MATTHEW W. McFARLAND