**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - CINCINNATI**

| | | |
|---|---|---|
| GURMEJ SINGH, | : | Case No. 1:26-cv-677 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, et al., | : | |
| Defendants. | : | |

---

**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 8). In the Notice, Plaintiff indicates that he wishes to voluntarily dismiss this action. (Notice, Doc. 8, Pg. ID 39.)

The Court hereby **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE**. This case is hereby **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: Matthew W. McFarland
JUDGE MATTHEW W. McFARLAND